Dismissed and Memorandum Opinion filed July 8, 2004









Dismissed and Memorandum Opinion filed July 8, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00355-CV

____________

 

JOSEPH
BURNETT, Appellant

 

V.

 

TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., Appellees

 



 

On Appeal from the
12th District Court

Walker County, Texas

Trial Court Cause
No. 22,368

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 4, 2004.  Appellant=s brief was due on June 1, 2004.  No brief or motion for extension of time was
filed.  On June 17, 2004, this court
ordered that unless appellant submitted his brief with a motion reasonably
explaining why the brief was late, to the clerk of this court on or before July
16, 2004, we would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

On June 28, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a).  The motion is granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 8, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.